**Order entered August 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00255-CR
## No. 05-18-00256-CR

**RICKY ALAN SINGLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76725-I & F17-75059-I**

## ORDER

Before the Court is court reporter Georgina Ware's August 1, 2018 second request for additional time to file the reporter's record in appellate cause number 05-18-00256-CR. The clerk's record, filed June 28, 2018, shows appellant requested the reporter's record for both of the above appeals.  Therefore, we construe Ms. Ware's request to be an extension to file the reporter's record in both of the above cause numbers.

We **GRANT** the request and **ORDER** the reporter's record in the above appeals due on or before August 31, 2018.

/s/     LANA MYERS
JUSTICE